

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00471-CR

Donte Lewayne **WILSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR4061
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 3, 2016.

Sandee Bryan Marion, Chief Justice